1002

[No. 27994-1-II.   Division Two.   January 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. GEORGE T. PAYNTER, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-1-02949-8, James R. Orlando, J., entered October 22, 2001. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Armstrong, J.

[No. 28089-2-II.   Division Two.   January 10, 2003.]

GARY JORGENSEN, ET AL., *Appellants*, v. DEBCO CONSTRUCTION, L.L.C., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-06522-5, Kitty-Ann van Doorninck, J., entered November 2, 2001. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 28095-7-II.   Division Two.   January 10, 2003.]

ROBERT W. RUNYON, *Appellant*, v. LEWIS COUNTY CLERK'S OFFICE, *Respondent*.

Appeal from a judgment of the Superior Court for Lewis County, No. 01-2-00622-1, Richard L. Brosey, J., entered November 26, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Bridgewater and Armstrong, JJ.

[No. 28134-1-II.   Division Two.   January 10, 2003.]

DORIS McRAE, *Appellant*, v. FOREST HEIGHTS NEIGHBORHOOD ASSOCIATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-2-09126-9, Marywave Van Deren, J., entered December 5, 2001. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Quinn-Brintnall, A.C.J., and Armstrong, J.